VANITA GUPTA
PRINCIPAL DEPUTY ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION
AEJEAN ("ANGIE") CHA
TRIAL ATTORNEY
U.S. DEPARTMENT OF JUSTICE
CIVIL RIGHTS DIVISION, CRIMINAL SECTION
601 D STREET NW, #5200
WASHINGTON, D.C. 20530
TELEPHONE: (202) 514-3204

WENDY J. OLSON, IDAHO STATE BAR NO. 7634
UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV, SUITE 600
800 EAST PARK BOULEVARD
BOISE, IDAHO 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-9375

U.S. COURTS

JAN 10 2017

Filed_____Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KELLY BRYAN SCHNEIDER,<br><br>Defendant. | Case No. **CR 17-0003-S BLW**<br><br>**INDICTMENT**<br><br>18 U.S.C. § 249(a)(2) |

The Grand Jury Charges:

### COUNT ONE
**(18 U.S.C. § 249(a)(2))**
**Hate Crime**

On or about April 29, 2016, in the District of Idaho, defendant KELLY BRYAN

SCHNEIDER willfully caused bodily injury to S.N. because of S.N.'s actual and perceived sexual

INDICTMENT - 1

orientation; in connection with the offense, defendant KELLY BRYAN SCHNEIDER used a channel, facility, and instrumentality of interstate and foreign commerce, to-wit, the internet site backpage.com and a cellular phone.  The offense resulted in S.N.'s death.

All in violation of Title 18, United States Code, Section 249(a)(2).

Dated this __10__ day of January, 2017.

A TRUE BILL

_____
Foreperson

_____
Wendy J. Olson
United States Attorney
District of Idaho

INDICTMENT - 2