CRIMINAL PROCEEDINGS - Change of Plea

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge: B. Lynn Winmill
Case No. 1:17-cr-003-BLW
Place: Boise
Time: 1:29 - 1:51 p.m.

Date: 2/7/2017
Deputy Clerk: Jamie Bracke
Reporter: Tammy Hohenleitner

UNITED STATES OF AMERICA vs KELLY BRYAN SCHNEIDER

Counsel for United States - Wendy Olson
Counsel for Defendant - Samuel Richard Rubin

(X) Defendant sworn for examination by the Court.
(X) Court finds the defendant competent to enter plea.
(X) Sentencing guidelines explained.
(X) Defendant's Constitutional Rights explained.
(X) Indictment furnished to defendant.
(X) Maximum Penalty:
    Up to life imprisonment
    5 years of supervised release
    $250,000 fine
    $100 special assessment
(X) Defendant informed this sentence may run consecutive to any other state or federal sentence.
(X) Signed Plea Agreement previously filed with the Court.
(X) The Government set forth the elements of the offense.

(X) Defendant withdrew previous plea of NOT GUILTY, and entered a GUILTY plea to Count 1 of the Indictment pursuant to the plea agreement. The Court accepts the plea and the plea agreement is taken UNDER ADVISEMENT pending review of the presentence report.

**Sentencing Set: April 26, 2017 at 2:30 p.m. before Judge B. Lynn Winmill**
(X) Court ordered a presentence investigation report.
    Original report to Counsel: 3/22/2017
    Notification of Objections: 4/5/2017
    Final Report to Court and Counsel: 4/19/2017

(X) Defendant remanded to the custody of the US Marshal Service.